**Fill in this information to identify the case:**

Debtor 1     Carter Hutchison Wilson

Debtor 2     Shawna Leah Wilson
(Spouse, if filing)

United States Bankruptcy Court for the     Middle     District of     Tennessee
                                                                     (State)

Case number     3:15-bk-02723

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 5

**Court claim No. (if known):** 6

**Last 4 digits** of any number you use to identify the debtor's account: 6702

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date if the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney Fees | | (3) $ | |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | 09/02/2015 | (5) $ | 650.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: | | (10) $ | |
| 11. Other. Specify: Plan Review Fee | 12/08/2015 | (11) $ | 200.00 |
| 12. Other. Specify: Bankruptcy Prep Fee | 2/17/2016 | (12) $ | 75.00 |
| 13. Other. Specify: Document Retrieval Fee | 12/08/2015 | (13) $ | 12.10 |
| 14. Other. Specify: Payment Change Notice Prep Fee | 9/9/2015 | (14) $ | 50.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     **Notice of Postpetition Mortgage Fees, Expenses, and Charges**     page 1

| Debtor 1 | Carter Hutchison Wilson | Case Number *(if known)* | 3:15-bk-02723 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  **Jenelle C. Arnold**                                        Date  **February 24, 2016**
   Signature

Print:    Jenelle C. Arnold                                     Title:  Agent for Creditor
          First Name    Middle Name    Last Name

Company:  Aldridge Pite, LLP

Address:  4375 Jutland Dr. Suite 200; P.O. Box 17933
          Number         Street

          San Diego              CA           92177-0933
          City                   State'       Zip Code

Contact phone  (858)-750-7600                                   Email  JArnold@aldridgepite.com

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DISTRICT

| | |
|---|---|
| In re<br><br>CARTER HUTCHISON WILSON AND<br>SHAWNA LEAH WILSON,<br><br>Debtor(s). | Case No. 3:15-bk-02723<br><br>Chapter 13<br><br>PROOF OF SERVICE |

I, Jarryd K. Martin, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On February 25, 2016, I served the NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2016 /s/ Jarryd K. Martin
JARRYD K. MARTIN

# SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Carter Hutchison Wilson
Shawna Leah Wilson
1425 North Greenhill Road
Mount Juliet, TN 37122


**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Joshua Aaron Coles
Coles & Holton, LLP
764 Roycroft Place
Nashville, TN 37203
josh.coles@colesandholton.com


**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Henry Edward Hildebrand, III
Office of the Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203-0019
hhecf@ch13nsh.com


**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Department of Justice
Middle District of Tennessee U.S. Trustee
701 Broadway, Room 318
Nashville, TN 37203
ustpregion08.na.ecf@usdoj.gov