IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE: )
CARTER HUTCHISON WILSON ) CASE NO.: 15-02723
1425 NORTH GREENHILL ROAD ) CHAPTER 13
MOUNT JULIET, TN 37122 ) JUDGE WALKER
SSN:XXX-XX-3557 )
)
      Debtor. )

## DOMESTIC SUPPORT OBLIGATION CERTIFICATE

Pursuant to 11 U.S.C. § [1228a) or 1325(a)], the above named Debtor hereby certifies:

__X__    There is no judicial or administrative order or statute that requires Debtor(s) to pay a domestic support obligation; or

_____    There is a judicial or administrative order or statute that requires Debtor(s) to pay a domestic support obligation, and all amounts payable that are due as of this date (including amounts due before the petition, to the extent provided for by the plan) have been paid.

_____
Debtor

March 17th 2020
Date